# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00149-CR

**The State of Texas, Appellant**

**v.**

**Blair McCall, Appellee**

### FROM THE COUNTY COURT AT LAW NO 3 OF HAYS COUNTY
### NO. 22-1915CR-3, DANIEL O'BRIEN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State of Texas has filed a motion to dismiss its appeal from the trial court's December 21, 2022 order granting Appellee's request for writ of habeas corpus. We grant the motion and dismiss the appeal. *See* Tex. R. App. 42.2(a).

_____

Edward Smith, Justice

Before Justices Baker, Smith, and Jones*

Dismissed on Appellant's Motion

Filed: April 6, 2023

Do Not Publish

*Before J. Woodfin Jones, Chief Justice (Retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).